IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**                                                                                                                        **PLAINTIFF**

**V.**                                                          **NO: 3:22CV272-M-P**

**BULL MARKET OF MISSISSIPPI, LLC.**                                                           **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [15] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

This the 16th day of March 2023.

                                                 /s/ MICHAEL P. MILLS
                                                 UNITED STATES DISTRICT JUDGE
                                                 NORTHERN DISTRICT OF MISSISSIPPI